# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SHELDON CHO, MD, and DAWN BAKER, Relators, and on behalf of the STATES of FLORIDA, COLORADO, GEORGIA, NORTH CAROLINA AND TEXAS, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 8:17-cv-983-T-17AEP |
| SURGERY PARTNERS, INC., SURGERY PARTNERS ACQUISITION COMPANY, INC., SURGERY PARTNERS, LLC, SURGERY CENTER HOLDINGS, INC., SURGERY CENTER HOLDINGS, LLC, H.I.G. CAPITAL INC., H.I.G. CAPITAL, LLC, H.I.G. SURGERY CENTERS, LLC, TAMPA PAIN RELIEF CENTERS, INC., TAMPA PAIN MANAGEMENT, INC., DENVER PAIN RELIEF CENTER, PC, ASHEVILLE PAIN RELIEF CENTER, PC, LEBANON PAIN RELIEF CENTER, PC, DALLAS PAIN RELIEF CENTER, PC, LOGAN LABORATORIES, LLC, BAIN CAPITAL LP, BAIN CAPITAL INVESTORS, LLC, BCPE SEMINOLE HOLDINGS, LP, BCPE SEMINOLE GP, LLC, MICHAEL T. DOYLE, WILLIAM MILO, and CHRISTOPHER UTZ TOEPKE, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE TO THE UNITED STATES FOR CERTAIN OTHER DEFENDANTS PURSUANT TO THE FALSE CLAIMS ACT**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. 3730(b)(1) and in accordance with the settlement agreement in this matter (the "Settlement Agreement"), the United States and Relators Sheldon Cho, M.D. and Dawn Baker (together as "Relators") seek dismissal of all claims in the above-referenced action against defendants Surgery Partners, Inc., Surgery Partners Acquisition Company, Inc., Surgery Partners, LLC, Surgery Center Holdings, Inc., Surgery Center Holdings, LLC, Tampa Pain Relief Centers, Inc., Tampa Pain Management, Inc., Denver Pain Relief Center, PC, Asheville Pain Relief Center, PC, Lebanon Pain Relief Center, PC, Dallas Pain Relief Center, PC, Logan Laboratories, LLC, Michael T. Doyle, and Christopher Utz Toepke.

The dismissal is without prejudice to any right of Relators and the United States to vacate and reinstate the action as to any defendants (or take any other action authorized in the Settlement Agreement) in the event that the payment obligations under Section 1(a)(ii) of the Settlement Agreement are not satisfied, but otherwise, and in the absence of a motion to vacate, the dismissal is with prejudice as to Relators, and with prejudice as to the United States with respect to the covered conduct set out in paragraph D of the Settlement Agreement, and without prejudice to the United States otherwise.

In addition, pursuant to Rule 41(a), Relators seek dismissal of all claims in the above-referenced action against defendants William Milo, Bain Capital LP, Bain Capital Investors, LLC, BCPE Seminole Holdings, LP, and BCPE Seminole GG, LLC, with prejudice as to Relators. The United States has determined that such

dismissal is in the government's interest, and hereby consents to the dismissal of this action *without prejudice* to the United States, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1).

In accordance with the Settlement Agreement in this matter, the following claims shall not be dismissed, are expressly preserved, are not waived, and shall not be impacted in any way by this Stipulation or Dismissal:

(1) Relators' and Relators' Counsel's claims for reasonable costs and attorneys' fees under 31 U.S.C. § 3730(d), which will be addressed in a separate agreement;

(2) Those claims the Florida Relators and the United States assert against defendants H.I.G. Capital, LLC and H.I.G. Surgery Centers, LLC (collectively, the "H.I.G. Entities"), all of which are named defendants in the Florida Civil Action, that are outside the scope of the releases contained in Paragraphs 3, 6, and 13 of the Settlement Agreement.

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARIA CHAPA LOPEZ
United States Attorney

By: */s/ Alan S. Wachs*
ALAN S. WACHS, ESQUIRE
Florida Bar No. 980160
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone No. (904) 598-6124

*/s/ Kyle S. Cohen*
KYLE S. COHEN
Assistant United States Attorney
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone No. (239) 461-2200

3

Facsimile No. (904) 598-6224  Facsimile No. (239) 461-2219
Email: AWachs@SGRLaw.com  Email: Kyle.Cohen@usdoj.gov

MARC S. RASPANTI, ESQUIRE
PAMELA COYLE BRECHT, ESQUIRE
PA Bar Nos.: 41350; 62249
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Telephone No. (215) 320-6200
Emails: MSR@Pietragallo.com
 and PCB@Pietragallo.com

*Counsel for Relators*
*Sheldon Cho, MD and Dawn Baker*

        MICHAEL D. GRANSTON
        PATRICIA HANOWER
        JAKE M. SHIELDS
        U.S. DOJ, Civil Fraud Section
        P.O. Box 261
        Ben Franklin Station
        Washington, DC 20044
        Telephone: (202) 514-9401
        Facsimile: (202) 514-0280
        Email: jake.m.shields@usdoj.gov
        *Counsel for United States*